UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ROMACK RESOURCE SOLUTIONS, LTD. § § § § PLAINTIFF § § VS. § § ADVANCED TECHNOLOGY § INNOVATIONS, LLC § § DEFENDANT § | CIVIL ACTION NO. _____ |

## PLAINTIFF'S COMPLAINT

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

Plaintiff Romack Resource Solutions, Ltd., a Texas limited partnership ("RRS" or "Plaintiff") complains of the actions of Defendant Advanced Technology Innovations, LLC, a Florida limited liability company ("ATI" or "Defendant", collectively, the "Parties"), and respectfully shows the following:

## NATURE OF THE CASE

1. This is an action for breach of contract, arising under the laws of the State of Texas. As set forth below, Defendant Advanced Technology Innovations, LLC has breached the material terms of the Professional Services Agreement (the "Agreement") between the Parties. Despite several attempts undertaken by the Plaintiff to recover the funds owed by Defendant to Plaintiff, Defendant has not responded to any of them. Currently, the amount due and payable from Defendant to Plaintiff under the terms of the Agreement is at least $91,267.20.

2. Plaintiff seeks to recover actual damages, pre- and post-judgment interest, attorneys' fees, expenses, and costs of suit.

1

## JURISDICTION AND VENUE

3. This Court has subject matter jurisdiction over Plaintiff's claims under 28 U.S.C. § 1332(a) because the matter in controversy exceeds $75,000, exclusive of interest and costs, and the Parties are citizens of different states (diversity). This Court also has *in personam* jurisdiction over Defendant because at all relevant times, Defendant was found, conducted business, induced investments, and/or received services from Plaintiff in, into and/or from the Northern District of Texas.

4. At all relevant times, Defendant was found, conducted business, and/or received services from Plaintiff in the Dallas Division of the Northern District of Texas. Defendant conducted business operations here and agreed to the Texas jurisdiction in Section XXII of the Agreement. Venue, therefore, is proper in the Dallas Division of the Northern District of Texas under 28 U.S.C. § 1391(a).

## PARTIES

5. Plaintiff Romack Resource Solutions, Ltd. is a Texas limited partnership. At all relevant times, Plaintiff was a citizen of the State of Texas.

6. Upon information and belief, Defendant Advanced Technology Innovations, LLC, a Florida limited liability company, is a citizen of Florida.

## FACTUAL BACKGROUND

7. Plaintiff is a Texas based company providing IT staffing, search services, contractor payrolling, IT security staffing and marketing analytics services.

8. In March 2022, the Parties executed a Professional Services Agreement. Pursuant to the Agreement, Plaintiff was to furnish several services to Defendant, including, but not limited to payroll services, computer/ programming, healthcare, and financial services related to

payroll.

9. A copy of the Agreement is attached hereto as **Exhibit A**.

10. Pursuant to Section V of the Agreement, all services performed by Plaintiff were to be rendered on either a negotiated fee or time and expense payment basis. Plaintiff invoiced Defendant weekly pursuant to an agreed schedule.

11. Defendant agreed to pay $84,000.00 as a deposit for Plaintiff's services. The deposit was to be made in three $28,000.00 payments, with first payment due on March 18, 2022. Defendant made only one $28,000.00 payment and never paid the remaining two deposits, due on April 1, 2022 and April 15, 2022, respectively.

12. Except for the first deposit payment, Defendant did not pay for any of the services provided by Plaintiff.

13. The total amount due and payable by Defendant to Plaintiff was $119,267.20. Since Plaintiff received one deposit payment of 28,000.00, the total balance owed by Defendant is **$91.267.20**.

14. True and correct copies of the invoices issued by Plaintiff and sent to Defendant are attached hereto as **Exhibit B**.

15. A true and correct copy of the balance sheet is attached hereto as **Exhibit C**.

16. On May 31, 2022, Plaintiff sent Defendant a demand letter via Certified Mail and via email to catkins@advancedtechnologyinnovllc.com. Defendant has never responded.

17. True and correct copies of the demand letter, the return receipt and the email sent to Defendant are attached hereto as **Exhibit D**.

18. As a direct result of Defendant's wrongful act and practices, Plaintiff suffered

and continue to suffer substantial actual damages, which Defendant refuses to remedy.

## BREACH OF CONRACT

19. The preceding factual statements and allegations are incorporated by reference.

20. The Parties, for valuable consideration, entered into a valid and enforceable contract in March 2022 for the performance of services by Plaintiff in return for money payments by Defendant.

21. As stated above, Defendant breached the terms of the March 2022 Agreement. Defendant solicited services from Plaintiff and never paid for the services received.

22. Despite written demands, Defendant has wholly failed to perform its contractual obligations by refusing to pay the amount due and owing pursuant to the terms of the Agreement, all to Plaintiff's damage.

23. Plaintiff has retained the undersigned attorneys to prosecute this breach of contract claim against Defendant for failing to pay the amounts due and owing pursuant to the terms of the Agreement. Plaintiff has agreed to pay the undersigned attorneys' fees for their services rendered in connection with the prosecution of this action. Plaintiff is entitled to recover its reasonable attorneys' fees and expenses from Defendant in accordance with Chapter 38 of the Texas Civil Practice and Remedies Code and the express term of Section XVIII of the Agreement.

## RELIEF REQUESTED

24. The preceding factual statements and allegations are incorporated by reference.

25. **Actual Damages.** Based on Defendant's above wrongful conduct and as a direct and/or proximate result of Defendant's above wrongful conduct, Plaintiff has suffered (and

continue to suffer) damages in the form of the amounts paid for the services provided by the Plaintiff, and Plaintiff is entitled to recover such damages in an amount to be determined by the trier of fact. All conditions precedent to Plaintiff's claims for relief have been performed and/or occurred.

26. **ATTORNEYS' FEES, LITIGATION EXPENSES AND COSTS**. Plaintiff is also entitled to recover the reasonable and necessary attorneys' fees, litigation expenses and court costs incurred to prosecute this action under, *inter alia*, 18 U.S.C. § 1964 (c), Section 38 of the TEXAS CIVIL PRACTICE AND REMEDIES CODE and/or Section 17.50(d) of the TEXAS BUSINESS AND COMMERCE CODE. All conditions precedent to Plaintiff's claims for relief have been performed and/or occurred.

**WHEREFORE,** Plaintiff respectfully requests that upon final trial or hearing, judgment be awarded against Defendants, in favor of the Plaintiff for actual damages to be determined by the trier of facts, pre- and post-judgment interest at the highest legal rates; attorneys' fees and litigation expenses incurred through the trial and any appeals of this case, costs of suit, and such other and further relief that the Court deems just and proper.

Respectfully submitted,

By: */s/ Richard A. Cuccia, II*

Richard A. Cuccia II
State Bar No. 50511752
rcuccia@cucciawilson.com
Marta Milan
State Bar No. 24118469
mmilan@cucciawilson.com
**Cuccia Wilson, PLLC**
1910 Pacific Ave., Suite 18850
Dallas, TX 75201
(469) 577-0646
*ATTORNEYS FOR PLAINTIFF*