UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ROMACK RESOURCE SOLUTIONS, LTD., | § § § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Civil Action No. 3:22-CV-1825-X |
| ADVANCED TECHNOLOGY INNOVATIONS, LLC, | § § § § | |
| *Defendant.* | § § | |

# **JUDGMENT**

Plaintiff Romack Resource Solutions, Ltd. ("Romack") moved for entry of a default judgment against Defendant Advanced Technology Innovations, LLC ("Advanced Technology"), pursuant to Federal Rule of Civil Procedure 55. By separate order, the Court granted the motion. Accordingly, it is **ORDERED**, **ADJUDGED**, and **DECREED** that judgment should be entered in favor of Romack and against Advanced Technology. The Court **ORDERS** Advanced Technology to pay Romack actual damages in the amount of $91,267.20.

**IT IS SO ORDERED** this 15th day of March, 2023.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE