UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ROMACK RESOURCE SOLUTIONS, LTD., | § § § | |
| *Plaintiff,* | § | Civil Action No. 3:22-CV-1825-X |
| v. | § § § | |
| ADVANCED TECHNOLOGY INNOVATIONS, LLC, | § § § § | |
| *Defendant.* | § | |

## MEMORANDUM OPINION AND ORDER

Plaintiff Romack Resource Solutions, Ltd. ("Romack") sued Defendant Advanced Technology Innovations, LLC ("Advanced Technology") for breach of their Professional Services Agreement. [Doc. 6 at 1]. The Court previously granted Romack's motion for default judgment but rejected Romack's request for "$12,792.50 in attorney's fees" because Romack's attached affidavit failed to "specif[y] where th[at] amount[] came from."[1] But the Court let Romack try again, requiring Romack to file a motion to attorney fees with a declaration "showing the hourly rate, hours worked, what the work was for, and how the hourly rate and hours worked were reasonable given the context of the case."[2]

Before the Court is Romack's second bite at the apple. [Doc. 15]. Romack now seeks $11,410 in attorney fees and provides a one-page declaration of Marta Milan.

---

[1] Doc. 13 at 5.

[2] *Id.* at 5.

The declaration says that Cuccia Wilson Sanderson, PLLC "spent 39.3 hours prosecuting this case."[3] But that's about it. Beyond that, it alleges in conclusory fashion only that (1) "[t]he fees were reasonable for the services performed," and (2) "[t]he fees charged are those customarily charged in this area for the same or similar services."[4] Once again, the Court has no idea "where th[at] amount[] came from."[5] The Court doesn't know which attorneys worked on the case, the attorneys' experience levels, the attorneys' hourly rates, the tasks performed, or the hours spent on each task.[6] Romack's failure to provide that information hobbles the necessary reasonableness determination that the Court must conduct.

Accordingly, the Court **DENIES** Romack's motion for attorney fees. [Doc. 15]. Romack may file a new motion to recover attorney fees by September 6, 2023 providing the information specified above. The Court warns Romack that this will be its last opportunity to request attorney fees.

**IT IS SO ORDERED** this 16th day of August, 2023.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

---

[3] Doc. 15-1 at 1.

[4] *Id.* The motion itself says that the hourly rates were $375 for partners and $305 for associates. But that's not in a declaration format, and it doesn't specify which attorneys charged those rates.

[5] Doc. 13 at 5.

[6] A time-keeping log often helps in that assessment.